IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

IN RE GRAND JURY PROCEEDINGS
SUBPOENA TO TESTIFY TO:

MIRYAM ANTUNEZ DE MAYOLO,

No. 06-MC-64-LRR

**ORDER**

KENNETH BIRKER AND BIRKER, INC.,

Appellants.

___

The Clerk of Court is directed to unseal this case. At the hearing on October 24, 2006, the magistrate judge denied the government's motion to seal the hearing and all records of this matter. The court also notes that there are a number of reported cases that have a similar procedural posture and are public record. *See, e.g., In re Grand Jury Proceedings Subpoena to Testify to: Wine*, 841 F.2d 230 (8th Cir. 1988) (resolving appeal of district court's decision on motion to quash grand jury subpoena in open court); *In re Grand Jury Proceedings, Des Moines, Iowa*, 568 F.2d 555 (8th Cir. 1977) (same); *see also Branzburg v. Hayes*, 408 U.S. 665 (1972) (state court grand jury proceedings).

**IT IS SO ORDERED.**

**DATED** this 16th day of March, 2007.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA